UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Frank Tieff</u>

          v.           Case No. 07-cv-315-PB

<u>State of New Hampshire</u>

### O R D E R

The petitioner has failed to comply with Magistrate Judge Muirhead's Order dated November 7, 2007, accordingly, the petition is dismissed without prejudice.

SO ORDERED.

December 13, 2007           <u>/s/ Paul Barbadoro</u>
                                        Paul Barbadoro
                                        United States District Judge

cc:     Frank Tieff, Pro Se